# EXHIBIT 4

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

COGENCY GLOBAL INC.
115 N. CALHOUN ST, STE 4
TALLAHASSEE, FL 32301

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2023057583 FILED ON 7/10/2023

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**8. COLLATERAL CHANGE:** Check only one box:
☐ ADD collateral   ☐ DELETE collateral   ☒ RESTATE covered collateral   ☐ ASSIGN* collateral

Indicate collateral:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
BENCH WALK 22M, L.P.

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
FILE IN WASHINGTON DC - 43915-137363         Debtor: Mason LLP

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

**EXHIBIT A**
**TO**
**UNIFORM COMMERCIAL CODE FINANCING STATEMENT**

**Debtor: Mason LLP**

**Secured Party: Bench Walk 22m, L.P.**

The Collateral includes any and all right, title or interest of Debtor in or to any and all of the following assets, rights and properties now owned or at any time hereafter acquired by Debtor or in which Debtor now has or at any time in the future may acquire any right, title or interest:

(a) the Proceeds;

(b) any funds in the Debtor's Segregated Account or the Deposit Account; and

(c) to the extent not otherwise included, all proceeds (as defined in the UCC) of any and all of the foregoing.

The capitalized terms in the foregoing description of the Collateral, and certain capitalized terms used in defining those capitalized terms, have the following meanings:

"Agreement" means that certain Litigation Funding Agreement, dated as of July 8, 2023, between Debtor and Secured Party, together with all schedules thereto, as amended from time to time in accordance with the terms thereof.

"Claims" means any and all claims asserted or to be asserted by Debtor on behalf of the Clients as more specifically described on Schedule 1 of the Agreement, whether such claims are asserted in mass arbitration, litigation or otherwise, including the same if transferred to any other jurisdictions or forums (arbitral, judicial or otherwise), together with (a) any and all claims, suits, causes of action, proceedings, and other rights relating to, or arising therefrom, (b) any and all appellate proceedings, proceedings on remand, and enforcement, ancillary, parallel or alternate dispute resolution proceedings and processes arising out of or related thereto, and (c) any additional cases, lawsuits, arbitration matters or other proceedings filed or initiated by or on behalf of the Clients or any of their affiliates based upon the same or substantially similar claims.

"Clients" means any persons represented by Debtor in the Claims.

"Debtor" means Mason LLP.

"Debtor's Segregated Account" means that certain deposit account described on Schedule 1 of the Agreement as the "Firm's Segregated Account."

"Deposit Account" means a deposit account, or similar account, held with a bank in the United States selected by Debtor and reasonably acceptable to Secured Party, into which the Deposit Account Administrator shall ensure that all Proceeds (including settlements and awards) are deposited and distributed in accordance with the terms and conditions set forth in the Agreement.

"Deposit Account Administrator" means a party selected by Debtor and reasonably acceptable to Secured Party to manage and control the Deposit Account in accordance with the terms and conditions of the Transaction Documents.

LP 24988684.2 \ 43915-137363

"Proceeds" means any receipt of money, financial gain or non-monetary value by Debtor or a related party in connection with the Claims. Proceeds will include, without limitation, any payments for legal fees or the reimbursement of costs and expenses, and any payments to Debtor under an insurance policy in connection with the Claims.

"Secured Party" means Bench Walk 22m, L.P.

"Transaction Documents" means the Agreement, the retainer or other fee agreements between Debtor and the Clients, the Co-Counsel Agreements, and any other ancillary or related document stipulated and agreed to by Secured Party and Debtor from time to time.

"UCC" means the Uniform Commercial Code as in effect on the date of the Agreement in the State of New York.

Any capitalized terms used herein and not otherwise defined shall have the meanings assigned thereto in the Agreement.