# EXHIBIT 5

██████████
██████████
██████████

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

206246

2023 APR -6 PM 4:30

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| ┌─────────────────────────────┐ |
| DRAWDOWN - 26 |
| └─────────────────────────────┘ |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| BUCHER LAW PLLC |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 350 NORTHERN BOULEVARD, SUITE 324-1519 | ALBANY | NY | 12204 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | PLLC | NEW YORK | ██████ ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| BENCH WALK 22M, L.P. |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 123 JUSTISON STREET, 7TH FLOOR | WILMINGTON | DE | 19801 | USA |

**4.** This FINANCING STATEMENT covers the following collateral:

COLLATERAL AS DESCRIBED ON EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN.

**5.** ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8.** OPTIONAL FILER REFERENCE DATA
NY SOS

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 202304060119859**

EXHIBIT 6
TO

2023 APR -5 PM 1:30

## UNIFORM COMMERCIAL CODE FINANCING STATEMENT

**Debtor: Bucher Law PLLC**
**Secured Party: Bench Walk 22m, L.P.**

The Collateral includes any and all right, title or interest of the Debtor in or to any and all of the following assets, rights and properties now owned or at any time hereafter acquired by the Debtor or in which the Debtor now has or at any time in the future may acquire any right, title or interest:

(a) the Proceeds;

(b) the Claims;

(c) all documents of title, chattel paper and instruments pertaining to the Claims, and a true and correct copy of the Debtor's books, Records, files, correspondence, evidentiary materials and records pertaining to the Claims, all of which are stipulated as accurate by the Debtor;

(d) rights under any appeal bond or similar instrument posted by any of the defendants in the Claims; and

(e) to the extent not otherwise included, all proceeds (as defined in the UCC) of any and all of the foregoing.

The capitalized terms in the foregoing description of the Collateral, and capitalized terms used in defining those capitalized terms, have the following meanings:

*"Agreement"* means the Litigation Funding Agreement, dated as of April 5, 2023, by and between the Debtor and the Secured Party, together with all schedules and exhibits thereto, as amended from time to time in accordance with the terms thereof.

*"Claims"* means any and all claims asserted or to be asserted by the Debtor on behalf of the Clients against Valve Corporation, any of its respective affiliates or representatives, or any other party in connection with the Steam Subscriber Agreement, and any related antitrust violations alleged to have been committed by Valve Corporation, any of its respective affiliates or representatives, or any other party, whether such claims are asserted in mass arbitration, litigation or otherwise, including the same if transferred to any other jurisdictions or forums (arbitral, judicial or otherwise), together with (a) any and all claims, suits, causes of action, proceedings, and other rights relating to, or arising therefrom, (b) any and all appellate proceedings, proceedings on remand, and enforcement, ancillary, parallel or alternate dispute resolution proceedings and processes arising out of or related thereto, and (c) any additional cases, lawsuits, arbitration matters or other proceedings filed or initiated by or on behalf of the Clients or any of their affiliates based upon the same or substantially similar claims.

*"Clients"* means any persons represented by the Debtor in the Claims.

*"Debtor"* means Bucher Law PLLC.

LP 22335095.1 \ 43915-135894

206246                                    2023 APR -6 PM 4:30

"*Proceeds*" means any receipt of money, financial gain or non-monetary value by the Debtor or a related party in connection with the Claims. Proceeds will include, without limitation, any payments for legal fees or the reimbursement of costs and expenses, and any payments to the Debtor under an insurance policy in connection with the Claims. Where Proceeds are in a form other than cash, (a) the Secured Party will determine, with reasonable consideration of input from the Debtor, the present value of the non-cash Proceeds in good faith for the purposes of calculating the Profit Share due to the Secured Party, and (b) the Debtor shall take all actions necessary to cause the monetization of all such non-cash Proceeds, to obtain the cash value of such non-cash Proceeds as soon as practicable, and to cause the payment of the cash Proceeds received in accordance with the Agreement.

"*Records*" shall have the meaning assigned to such term in the UCC.

"*Secured Party*" means Bench Walk 22m, L.P.

"*UCC*" means the Uniform Commercial Code as in effect on the date of the Agreement in the State of New York or, in relation to the perfection or priority of a security interest, the Uniform Commercial Code that then governs under the choice of law rules applicable to questions of perfection or priority.

Any capitalized terms used herein and not otherwise defined shall have the meanings assigned thereto in the Agreement.

LP 22335095.1 \ 43915-135894