THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION,

               Plaintiff,

    v.

JASON IRIAS,

               Defendant.

Case No. 2:26-cv-00698-JNW

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO DISMISS VALVE'S COMPLAINT**

**NOTE ON MOTION CALENDAR:**
April 29, 2026

Jason Irias respectfully requests that the Court take judicial notice of Exhibit 1 to the Declaration of Gary E. Mason (the "Mason Declaration") submitted in support of Mr. Irias' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") this case. Exhibit 1 is a true and correct copy of Defendant Valve Corporation's ("Valve") Steam Subscriber Agreement (revised April 25, 2023) (the "Revised SSA").

**REQUEST FOR JUDICIAL NOTICE**

"[J]udicial notice under Federal Rule of Evidence 201. . .permit[s] district courts to consider materials outside a complaint" when evaluating a motion to dismiss. *See Khoja v. Orexigen Therapeutics, Inc.,* 899 F.3d 988, 998 (9th Cir. 2018).

- 1 -

DEFENDANT'S MOTION FOR JUDICIAL NOTICE
CASE NO. 2:26-cv-00698-JNW

SIRI & GLIMSTAD
745 FIFTH AVENUE SUITE 500
NEW YORK, NY 10151
(772) 783-8436

Under Federal Rule of Evidence 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Courts in this Circuit regularly take judicial notice of companies' current and past terms of service. *See Roe v. Airbnb, Inc.,* No. 3:25-CV-1699-RSH-BLM, 2025 WL 3280888 at *2 (S.D. Cal. Nov. 25, 2025) (collecting cases); *Corner Computing Sols. v. Google LLC*, 750 F. Supp. 3d 1208, 1215 (W.D. Wash. 2024) (taking judicial notice of five versions of defendant's terms of service).

Exhibit 1 is a copy of the Revised SSA saved by counsel for Mr. Irias. *See* Mason Declaration at ¶ 3. The Revised SSA is also recorded by Valve on its Steam website as of the date of filing: https://store.steampowered.com/eula/2292890_eula_0. Additionally, an Internet Archive/Wayback Machine "snapshot" of Valve's webpage for the Steam Subscriber Agreement from September 25, 2024, displays the Revised SSA: https://web.archive.org/web/20240925000911/https://store.steampowered.com/subscriber_agreement/.

Thus, the fact that Exhibit 1 accurately represents the version of the Steam Subscriber Agreement in effect when Mr. Irias filed his claim with the arbitration association in December 2023 (Complaint, ¶ 10) is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. The Court should judicially notice it.

## CONCLUSION

For the foregoing reasons, Mr. Irias respectfully requests that the Court consider, in ruling on his motion, Exhibit 1 attached to the Mason Declaration, filed herewith.

- 2 -

DEFENDANT'S MOTION FOR JUDICIAL NOTICE
CASE NO. 2:26-cv-00698-JNW

SIRI & GLIMSTAD
745 FIFTH AVENUE SUITE 500
NEW YORK, NY 10151
(772) 783-8436

DATED this 8th day of April, 2026.

By:    /s/  Kent M. Williams

Kent M. Williams (admitted *pro hac vice*)
kent.williams@sirillp.com
**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Suite 401
Minneapolis, MN 55415
T: 929-220-2759

Mason A. Barney (admitted *pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 772-783-8463
F: 646-417-5967

Gary E. Mason (admitted *pro hac vice*)
gmason@masonllp.com
Theodore B. Bell (admitted *pro hac vice*)
tbell@masonllp.com
Danielle L. Perry (admitted *pro hac vice*)
dperry@masonllp.com
Jacob Eisenberg (admitted *pro hac vice*)
jeisenberg@masonllp.com
**MASON LLP**
5335 Washington Avenue NW, Suite 640
Washington, D.C. 20015
T: 202-429-2290

*Attorneys for Defendant*

/s/  Michael C. Subit

Michael C. Subit (WSBA No. 29189)
msubit@frankfreed.com
**FRANK FREED SUBIT & THOMAS LLP**
705 2nd Avenue, Suite 1200
Seattle, WA 98104
T: 206-682-6711

*Local Counsel for Defendant*

- 3 -

DEFENDANT'S MOTION FOR JUDICIAL NOTICE
CASE NO. 2:26-cv-00698-JNW

SIRI & GLIMSTAD
745 FIFTH AVENUE SUITE 500
NEW YORK, NY 10151
(772) 783-8436