UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

       v.

JASON IRIAS,

                Defendant.

No. 2:26-cv-00698-JNW

**DECLARATION OF SCOTT LYNCH IN SUPPORT OF PLAINTIFF VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION**

DECLARATION OF SCOTT LYNCH
(No. 2:26-cv-00698-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## DECLARATION OF SCOTT LYNCH

I, Scott Lynch, declare as follows:

1. I am the Chief Operating Officer for Plaintiff Valve Corporation ("Valve"). I submit this declaration in support of Valve's Motion for Preliminary Injunction. I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

### A. Valve, Steam, and the SSA

2. Valve is a video game developer, publisher, and digital distribution company. Valve offers an online platform called Steam, where consumers can purchase, play, and interact with their friends about video games.

3. For an individual to create a Steam account and become a Steam user, he or she must first agree to a Steam Subscriber Agreement ("SSA").

4. Valve does not collect a user's name, physical address, or phone number when he or she creates a Steam account.

5. In 2012, Valve added to the SSA an arbitration agreement providing that, with limited exceptions, users and Valve "agree to resolve all disputes and claims between us in individual binding arbitration" with the AAA. The most recent version of the SSA that contained an arbitration agreement became effective on April 25, 2023 (the "Superseded SSA"). A true and correct copy of the Superseded SSA is attached hereto as Exhibit A.

### B. Valve Replaces the Superseded SSA with the Current SSA

6. On September 26, 2024, Valve removed the arbitration agreement and class action waiver from the SSA. A true and correct copy of the current version of the SSA without an arbitration agreement or a class action waiver (the "Current SSA") is attached hereto as Exhibit B.[1]

---

[1] Valve further updated the Current SSA on September 18, 2025. That update did not modify the dispute resolution provision for U.S. customers and is not relevant here.

DECLARATION OF SCOTT LYNCH – 2
(No. 2:26-cv-00698-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7.      When Valve launched the Current SSA, Valve inserted a prominent banner at the top of the agreement. The banner is set forth below:



Install Steam    login | language

**STEAM**    STORE   COMMUNITY   ABOUT   SUPPORT

Valve has updated the Steam Subscriber Agreement. The updates affect your legal rights, including how disputes and claims between you and Valve are resolved. Among other things, the new dispute resolution provisions in Section 10 require that all disputes and claims proceed in court and not in arbitration. Please review carefully.

Home

**Steam Subscriber Agreement**

8.      Also, beginning on September 26, 2024, Valve provided the email notice shown below to all U.S. Steam users of the change to the SSA (the "Email Notice"), sending the notice to the email address of record for their Steam accounts. The Email Notice specifically called out changes to the dispute resolution provision:

DECLARATION OF SCOTT LYNCH – 3
(No. 2:26-cv-00698-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900



# Hello

## We have updated the Steam Subscriber Agreement

We've updated the Steam Subscriber Agreement. The updates affect your legal rights. They include changes to how disputes and claims between you and Valve are resolved. The updated dispute resolution provisions are in Section 10 and require all claims and disputes to proceed in court and not in arbitration. We've also removed the class action waiver and cost and fee-shifting provisions. Please carefully review the updated Steam Subscriber Agreement here.

This updated Steam Subscriber Agreement will become effective immediately when you agree to it, including when you make most purchases, fund your Steam wallet, or otherwise accept it. Otherwise, the updated Steam Subscriber Agreement will become effective on November 1, 2024, unless you delete or discontinue use of your Steam account before then. If you would like to delete your Steam account, you can learn more about account deletion here.

This notification has been sent to the email address associated with your Steam account.

DECLARATION OF SCOTT LYNCH – 4
(No. 2:26-cv-00698-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

9.      The Email Notice included multiple links to the full Current SSA, shown in blue text above.

10.      Also, beginning on September 26, 2024, Valve published a blog post on the Steam platform providing notice of the change to the SSA, available at https://store.steampowered.com/news/app/593110/view/4696781406111167991 (the "Blog Post"). The Blog Post provided:



11.      The Blog Post included multiple prominent and easily accessible links to the full Current SSA, shown in blue text above.

C.      **Defendant Agreed to the Current SSA**

12.      I am informed that Defendant's counsel provided a Steam ID they contend belongs to Defendant. As explained in ¶ 4, Valve does not collect a user's name when they create a Steam

DECLARATION OF SCOTT LYNCH – 5
(No. 2:26-cv-00698-JNW)

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

account. Below, I assume that the Steam ID provided by counsel belongs to Defendant, but do not have personal knowledge as to whether he is in fact the owner of this account.

13.    Based on Valve's records, Defendant agreed to the SSA when he opened his Steam account on October 28, 2012.

14.    Based on Valve's business records, on or around September 26, 2024, Valve provided Defendant the Email Notice at the email address provided to Steam when his account was opened.

15.    Based on Valve's business records, Defendant did not delete or request to delete his Steam account before November 1, 2024.

16.    Based on Valve's business records, Defendant logged into Steam on December 11, 2025.

17.    Based on Valve's business records, Defendant interacted with Steam through the Steam mobile app on March 2, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of April, 2026, at Bellevue, Washington.

DocuSigned by:

*Scott Lynch*

E15DE3B2F05941C...

*Scott Lynch*

DECLARATION OF SCOTT LYNCH – 6
(No. 2:26-cv-00698-JNW)

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900