THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

          v.

JASON IRIAS,

                Defendant.

No. 2:26-cv-00698-JNW

**NOTICE OF ERRATA**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 8, 2026, Defendant Jason Irias filed his Request for Judicial Notice in Support of his Motion to Dismiss Valve's Complaint at ECF No. 23. Defendant Irias respectfully submits this errata in order to correct an inadvertent error.

Defendant's Request for Judicial Notice at ECF No. 23 and the Declaration of Gary E. Mason submitted in support of Mr. Irias's Motion to Dismiss at ECF No. 23-1 refer to Exhibit 1 as a true and correct copy of Valve Corporation's Steam Subscriber Agreement (revised April 25, 2023). However, Exhibit 1 was inadvertently omitted from the electronic filing. To correct this error, Defendant is concurrently filing, as attached to this Notice of Errata, the Steam Subscriber Agreement (revised April 25, 2023), representing Exhibit 1 to the April 8, 2026, Declaration of Gary E. Mason.

Counsel for Defendant apologize for any inconvenience.

NOTICE OF ERRATA
CASE NO. 2:26-CV-00698-JNW

**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Ste. 401
Minneapolis, MN 55415
Tel: (929) 220-2759

DATED this 6th day of May 2026.

Respectfully submitted,

By: /s/ Kent M. Williams

Kent M. Williams (admitted *pro hac vice*)
Kent.williams@sirillp.com
**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Suite 401
Minneapolis, MN 55415
T: (929) 220-2759

Mason A. Barney (admitted *pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: (772) 783-8463
F: (646) 417-5967

Gary E. Mason (admitted *pro hac vice*)
gmason@masonllp.com
Danielle L. Perry (admitted *pro hac vice*)
dperry@masonllp.com
Theodore B. Bell (admitted *pro hac vice*)
tbell@masonllp.com
Jacob D. Eisenberg (admitted *pro hac vice*)
jeisenberg@masonllp.com
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
T: (202) 429-2290

*Attorneys for Defendant Jason Irias*

/s/ Michael C. Subit

**FRANK FREED SUBIT & THOMAS LLP**
Michael C. Subit, WSBA No. 29189
msubit@frankfreed.com
Hoge Building
1 Manhattan West
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
T: (206) 682-6711

*Local Counsel for Defendant Jason Irias*

NOTICE OF ERRATA
CASE NO. 2:26-CV-00698-JNW

2

**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Ste. 401
Minneapolis, MN 55415
Tel: (929) 220-2759