WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Valve Corporation,

                                    Plaintiff(s),

        v.

Jason Irias,

                                    Defendant(s).

CASE NO. 2:26 cv 00698 JNW

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

Attach Exhibits 1–16 to the Declaration of Gary E. Mason in Opposition to Plaintiff's Motion to Preliminary Injunction, filed at Dkt. 30–1. The ECF system was not accepting their upload.

5/21/2026                    s/ Gary E. Mason
    Dated                        Sign or use an "s/" and your name

Gary E. Mason
MASON & PERRY LLP
5335 Wisconsin Avenue NW, Suite 640, Washington, DC 20015
Telephone: (202) 429 2290

Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1