The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION,

                    Plaintiff,

          v.

JASON IRIAS,

                    Defendant.

No. 2:26-cv-00698-JNW

**STIPULATED MOTION SETTING REPLY DEADLINE**

**NOTE ON MOTION CALENDAR:
May 21, 2026**

STIPULATED MOTION
(No. 2:26-cv-000698-JNW)

Plaintiff Valve Corporation ("Valve") and Defendant Jason Irias ("Defendant") (together, the "Parties") hereby stipulate as follows:

**WHEREAS**, on February 27, 2026, Valve filed the Complaint for Declaratory and Injunctive Relief (Dkt. 1);

**WHEREAS**, on April 29, 2026, Valve filed a Motion for Preliminary Injunction (Dkt. 25);

**WHEREAS**, on May 20, 2026, Defendant filed an Opposition to Valve's Motion for Preliminary Injunction (Dkt. 30);

**WHEREAS**, Valve's Reply in Further Support of its Motion for Preliminary Injunction is currently due on May 27, 2026;

**WHEREAS**, the Parties agree to extend Valve's deadline to file its forthcoming Reply brief.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties, subject to approval of the Court, that:

    i.    Valve shall have up to and including June 3, 2026, to file a Reply brief in further support of its Motion for Preliminary Injunction; and

    ii.    This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties.

STIPULATED MOTION            2            **CORR CRONIN LLP**
(No. 2:26-cv-000698-JNW)            1015 Second Avenue, Floor 10
           Seattle, Washington 98104-1001
           Tel (206) 625-8600
           Fax (206) 625-0900

DATED: May 21, 2026

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr. (admitted *pro hac vice*)
Meredith C. Slawe (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

By: *s/ Michael C. Subit*
Michael C. Subit (WSBA No. 29189)
msubit@frankfreed.com
**FRANK FREED SUBIT & THOMAS LLP**
705 2nd Avenue, Suite 1200
Seattle, WA 98104
T: 206-682-6711

Kent M. Williams (admitted *pro hac vice*)
kent.williams@sirillp.com
**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Suite 401
Minneapolis, MN 55415
T: 929-220-2759

Mason A. Barney (admitted *pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 772-783-8463
F: 646-417-5967

STIPULATED MOTION
(No. 2:26-cv-000698-JNW)

3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Gary E. Mason (admitted *pro hac vice*)
gmason@masonllp.com
Theodore B. Bell (admitted *pro hac vice*)
tbell@masonllp.com
Danielle L. Perry (admitted *pro hac vice*)
dperry@masonllp.com
Jacob Eisenberg (admitted *pro hac vice*)
jeisenberg@masonllp.com
**MASON & PERRY LLP**
5335 Washington Avenue NW, Suite 640
Washington, D.C. 20015
T: 202-429-2290

*Counsel for Defendant*

STIPULATED MOTION
(No. 2:26-cv-000698-JNW)

4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900