The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION,

                Plaintiff,

      v.

JASON IRIAS,

                Defendant.

No. 2:26-cv-00698-JNW

**ORDER GRANTING STIPULATED MOTION SETTING REPLY DEADLINE**

**NOTE ON MOTION CALENDAR: May 21, 2026**

ORDER RE: STIPULATED
MOTION
(No. 2:26-cv-000698-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiff Valve Corporation ("Valve") and Defendant Jason Irias ("Defendant") (together, the "Parties") hereby stipulate as follows:

**WHEREAS**, on February 27, 2026, Valve filed the Complaint for Declaratory and Injunctive Relief (Dkt. 1);

**WHEREAS**, on April 29, 2026, Valve filed a Motion for Preliminary Injunction (Dkt. 25);

**WHEREAS**, on May 20, 2026, Defendant filed an Opposition to Valve's Motion for Preliminary Injunction (Dkt. 30);

**WHEREAS**, Valve's Reply in Further Support of its Motion for Preliminary Injunction is currently due on May 27, 2026;

**WHEREAS**, the Parties agree to extend Valve's deadline to file its forthcoming Reply brief.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties, subject to approval of the Court, that:

i.   Valve shall have up to and including June 3, 2026, to file a Reply brief in further support of its Motion for Preliminary Injunction; and

ii.  This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties.

## Order

It is so ordered. Valve shall have up to and including June 3, 2026, to file a Reply brief in further support of its Motion for Preliminary Injunction, Dkt. No. 25.

Dated: May 27, 2026

Jamal N. Whitehead
United States District Judge

ORDER RE: STIPULATED
MOTION
(No. 2:26-cv-000698-JNW)

2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900