THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

     v.

JASON IRIAS,

                Defendant.

No. 2:26-cv-00698-JNW

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS (DKT. 22) AND IN OPPOSITION TO VALVE'S MOTION FOR PRELIMINARY INJUNCTION (DKT. 25)**

Pursuant to Local Civil Rule 7(n), and in connection with Defendant's Motion to Dismiss (Dkt. 22) and Valve's Motion for Preliminary Injunction (Dkt. 25), Defendant Jason Irias respectfully submits as supplemental authority this Court's May 27, 2026 Order Denying Valve's Motion for a Preliminary Injunction in *Valve Corp. v. Abbruzzese*, No. 2:24-cv-01717-JNW (W.D. Wash. May 27, 2026) (Dkt. 169) (denying Valve's motion for preliminary injunction; holding *inter alia*, that Valve's Updated SSA's retroactive forum-selection clause is likely procedurally and substantively unconscionable and therefore likely unenforceable as applied to the subscribers there whose arbitration demands were already pending). A copy is attached hereto as Exhibit A.

DEF.'S NOT. OF SUPPL. AUTHORITY
CASE NO. 2:26-CV-00698-JNW

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

DATED: June 10, 2026.

Respectfully submitted,

**MASON & PERRY LLP**

By: */s/ Gary E. Mason*

Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: tbell@masonllp.com
Email: jeisenberg@masonllp.com

Kent M. Williams (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Suite 401
Minneapolis, MN 55415
Tel.: (929) 220-2759
Email: kent.williams@sirillp.com

Mason A. Barney (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel.: (772) 783-8463
Fax: (646) 417-5967
Email: mbarney@sirillp.com

*Counsel for Defendant Jason Irias*

**FRANK FREED SUBIT & THOMAS LLP**

By: */s/ Michael C. Subit*

Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Tel.: (206) 682-6711
Email: msubit@frankfreed.com

*Local Counsel*

DEF.'S NOT. OF SUPPL. AUTHORITY
CASE NO. 2:26-CV-00698-JNW

2

**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290