THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION,

                Plaintiff,

      v.

JASON IRIAS,

                Defendant.

**Case No. 2:26-cv-00698-JNW**

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**NOTE ON MOTION CALENDAR:**
April 29, 2026

The above-captioned matter came on Defendant's Request for Judicial Notice. Having read the Request, any Response thereto, any Reply, and all other pertinent materials submitted in connection with the Motion, and being otherwise advised of the premises, the undersigned GRANTS the Defendant's Motion and TAKES under judicial notice Exhibit 1 to the Declaration of Gary E. Mason in Support of Defendant Jason Irias' Motion to Dismiss Valve's Complaint.

//

//

//

IT IS SO ORDERED.

DATED this 24th day of July, 2026.

Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS