HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

JASON IRIAS,

Defendant.

No. 2:26-CV-00698-JNW

**JOINT STATUS REPORT**



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

On July 30, 2026, this Court issued an order granting Valve Corporation's motion to certify for interlocutory appeal the Court's order denying Valve's motion for a preliminary injunction in *Valve Corporation v. Abbruzzese*, Case No. 2:24-cv-1717-JNW (W.D. Wash.) ("*Abbruzzese*"). Also on July 30, 2026, the Court (i) stayed this action, (ii) struck certain pending motions with leave to renew, and (iii) ordered the parties to file a joint status report within 14 days of the Ninth Circuit's decision whether to grant Valve's petition to appeal in *Abbruzzese*. (Dkt. 37 at 2.) The parties submit the following joint status report in accordance with the Court's order:

On September 16, 2026, the Ninth Circuit granted Valve's petition for permission to appeal in *Abbruzzese*. (*Abbruzzese*, Dkt. 198.) Under the current schedule in that appeal, Valve's opening brief is due October 28, 2026, Respondents' response is due November 27, 2026, and Valve's reply is due December 18, 2026. (*Id.*, Dkt. 199.)

DATED: September 30, 2026

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

By: *s/ Michael C. Subit*
Michael C. Subit (WSBA No. 29189)
msubit@frankfreed.com
**FRANK FREED SUBIT & THOMAS LLP**
705 2nd Avenue, Suite 1200
Seattle, WA 98104
T: 206-682-6711

Kent M. Williams (admitted *pro hac vice*)
kent.williams@sirillp.com
**SIRI & GLIMSTAD LLP**
400 S. 4th Street, Suite 401
Minneapolis, MN 55415
T: 929-220-2759

Mason A. Barney (admitted *pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 772-783-8463
F: 646-417-5967

Gary E. Mason (admitted *pro hac vice*)
gmason@masonllp.com
Theodore B. Bell (admitted *pro hac vice*)
tbell@masonllp.com
Danielle L. Perry (admitted *pro hac vice*)
dperry@masonllp.com
Jacob Eisenberg (admitted *pro hac vice*)
jeisenberg@masonllp.com
**MASON & PERRY LLP**
5335 Washington Avenue NW, Suite 640
Washington, D.C. 20015
T: 202-429-2290

*Attorneys for Defendant*